FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0025

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0025

_____

MONTANA DEPARTMENT OF LABOR AND
INDUSTRY, ex rel., William Ferguson,

     Petitioner and Appellee,

  v.                                                                 O R D E R

SHAWN CIELKE, d/b/a SWEET RIDES
LOGISTICS,

     Respondent and Appellant.

_____

On April 13, 2022, the mediator for this appeal filed a report stating that the case has settled.  Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2022